STATE OF NEW JERSEY v.
STATE SUPERVISORY EMPLOYEES ASSOCIATION.

February 15. 1978. Certification to Public Employment Relations Commission is granted.

STATE OF NEW JERSEY v.
LOCAL 195, IFPTE AND LOCAL 518.

February 15, 1978. Certification for Public Employment Relations Commission is granted.

IN THE MATTER OF THE SUBMISSION OF THE ALLEGED RECALL PETITIONS ON DECEMBER 19, 1977 BY ANTHONY DI VINCENT.

February 28, 1978. Petition for certification denied.

IN THE MATTER OF C. S.

February 28, 1978. Certification to Hunterdon County Court is granted.

STATE OF NEW JERSEY v. VITO POLITI.

March 6, 1978. Petition for certification denied.